UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

EL CAMINO RESOURCES, LTD., a California corporation; ePLUS GROUP, INC., a Virginia corporation; and BANK MIDWEST, N.A., a national banking association,

  Plaintiffs,

v.

THE HUNTINGTON NATIONAL BANK, a national banking association,

  Defendant.

Case No. 1:07-cv-598

Hon. Janet T. Neff

Mag. Judge Joseph G. Scoville

**PLAINTIFFS' MOTION TO COMPEL DISCOVERY DATED FEBRUARY 14, 2008**

For reasons set forth in Plaintiffs' brief supporting this Motion, Plaintiffs, by and through their attorneys, Drew, Cooper & Anding, respectfully request that the Court enter an Order compelling Defendant to respond fully to Plaintiffs' Request for Production of Documents Dated December 7, 2007 (attached to Plaintiffs' supporting brief as Exhibit 1).

  Respectfully submitted,

DATED: February 14, 2008

/s/ John E. Anding
John E. Anding (P30356)
**DREW, COOPER & ANDING**
Attorneys for Plaintiffs El Camino
Resources, Ltd., and ePlus Group, Inc.
Ledyard Building, Suite 300
125 Ottawa Avenue, NW
Grand Rapids, Michigan 49503
Telephone: (616) 454-8300
Facsimile: (616) 454-0036
Email: janding@dcadvocate.com

- 2 -

John A. Graham (Bar No. 71017)
JEFFER, MANGELS, BUTLER & MARMARO LLP
Attorneys for Plaintiff El Camino Resources, Ltd.
1900 Avenue of the Stars, Seventh Floor
Los Angeles, California  90067-4308
Telephone:  (310) 201-3523
Facsimile:  (310) 712-8523
Email:  jag@jmbm.com

Raynor D. Zillgitt, Jr. (P39824)
WILLINGHAM & COTE, P.C.
Attorneys for Plaintiff Bank Midwest, N.A.
333 Albert Avenue, Suite 500
East Lansing, Michigan  48823
Telephone:  (517)324-1079
Facsimile:  (517)351-1195
Email:  rzillgitt@willinghamcote.com

Douglas M. Neeb
Senior Litigation & Employment Counsel
Attorney for Plaintiff Bank Midwest, N.A.
DICKINSON FINANCIAL CORPORATION
1100 Main Street, Suite 350
Kansas City, Missouri  64105
Telephone:  (816) 412-6006
Facsimile:  (816) 412-2006
Email:  dneeb@dfckc.com

Duane L. Coleman
LEWIS, RICE & FINGERSH, L.C.
Attorney for Plaintiff Bank Midwest, N.A.
500 North Broadway, Suite 2000
St. Louis, Missouri  63102
Telephone:  (314) 444-7600
Facsimile:  (314) 241-6056 (Fax)
Email:  dcoleman@lewisrice.com

-3-

## CERTIFICATE OF SERVICE

      I hereby certify that on February 14, 2008, I electronically filed the foregoing document with the Clerk of the Court using the ECF system which will send notification of such filing to all counsel of record.

      /s/ John E. Anding
John E. Anding (P30356)
DREW, COOPER & ANDING, P.C.
Attorneys for Plaintiffs El Camino
Resources, Ltd., and ePlus Group, Inc.
Ledyard Building, Suite 300
125 Ottawa Avenue, NW
Grand Rapids, MI 49503
(616) 454-8300
(616) 454-0036
janding@dcadvocate.com

I:\saj\2827-01\mot compel