UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

EL CAMINO RESOURCES, LTD., et al,

    Plaintiffs,                        Case No. 1:07-cv-598

v.                                     HON. JANET T. NEFF

HUNTINGTON NATIONAL BANK,

    Defendant.
_____/

**ORDER APPROVING REPORT AND RECOMMENDATION**

       The Court has reviewed the Report and Recommendation filed September 18, 2012 by the United States Magistrate Judge in this action.  The Report and Recommendation was duly served on the parties.  No objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(C).

       **THEREFORE, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge (Dkt 670) is APPROVED and ADOPTED as the opinion of the Court.

       **IT IS FURTHER ORDERED** that Plaintiff's Motion for Payment of Expert Witness Fees (Dkt 660) is GRANTED IN PART AND DENIED IN PART for the reasons stated in the Report and Recommendation.

       **IT IS FURTHER ORDERED** that Plaintiff is awarded $28,197.50 for expert witness fees under Rule 26(b)(4)(E).


Dated:  October 9, 2012                              /s/Janet T. Neff
                                                                 JANET T. NEFF
                                                                  UNITED STATES DISTRICT JUDGE