UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

EL CAMINO RESOURCES, LTD., et al,

      Plaintiffs,                         Case No. 1:07-cv-598

v.                                               HON. JANET T. NEFF

HUNTINGTON NATIONAL BANK,

      Defendant.
_____/

## ORDER APPROVING REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed May 3, 2012 by the United States Magistrate Judge in this action. The Report and Recommendation was duly served on the parties. On May 17, 2012, Defendant filed its Objection to Report and Recommendation on Costs (Dkt 662). On October 9, 2012, Defendant filed a Notice of Withdrawal of Huntington's Objection to Report and Recommendation on Costs (Dkt 672), withdrawing its objection. No other objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(C).

**THEREFORE, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge (Dkt 658) is APPROVED and ADOPTED as the opinion of the Court.

**IT IS FURTHER ORDERED** that Plaintiff's Motion to Disallow Defendant's Bill of Costs (Dkt 644) is GRANTED IN PART AND DENIED IN PART for the reasons stated in the Report and Recommendation.

**IT IS FURTHER ORDERED** that Defendant is awarded $34,945.00 in expert witness costs under Fed. R. Civ. P. 26(b)(4)(E), and $55,017.18 in taxable costs under Fed. R. Civ. P. 54(d), for a total of $89,962.18 in costs.

Dated: October 10, 2012                               /s/Janet T. Neff
                                                            JANET T. NEFF
                                                            UNITED STATES DISTRICT JUDGE